UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: APPLICATION FOR
EXEMPTION FROM ELECTRONIC
PUBLIC ACCESS FEES BY JENNIFER
GOLLAN AND SHANE SHIFFLETT,

JENNIFER GOLLAN and SHANE
SHIFFLETT,

Applicants - Appellants.

No. 12-16373

D.C. No. 3:12-mc-80113-JW
U.S. District Court for Northern
California, San Francisco

**MANDATE**

The judgment of this Court, entered August 29, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rebecca Lopez
Deputy Clerk